**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 643 MAL 2016

              Respondent         :

                       :   Petition for Allowance of Appeal from
                       :   the Order of the Superior Court
           v.             :

FRED POLISKY,              :

              Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.